UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONIA I. ALESSI,<br><br>               Plaintiff,<br><br>    v.<br><br>WORLD FINANCIAL NETWORK<br>NATIONAL BANK,<br><br>               Defendant. | Civil Action No. 3:11-cv-2<br><br>(Connecticut Superior Court,<br> Centralized Small Claims Session,<br> No. SCC-369574, Venue SCA22)<br><br><br><br>January 3, 2011 |

## NOTICE OF REMOVAL

Pursuant to Title 28 U.S.C. §§ 1331, 1441 and 1446 and the Standing Order on Removed Cases, the defendant, World Financial Network National Bank ("WFNNB"), hereby gives notice of removal of this action to the United States District Court for the District of Connecticut.  The grounds for removal are original jurisdiction, as follows:

1.      This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).  On or about November 12, 2010, plaintiff Sonia I. Allessi ("Plaintiff") filed an action in the Connecticut Superior Court, Centralized Small Claims Session.  According to the envelope's postmark, Connecticut marshal Winthrop "Bill" Fry mailed by certified mail, return receipt requested, a copy of Plaintiff's Complaint to the Secretary of WFNNB on December 1, 2010.  (*See* Small Claims Writ and Notice of Suit, Exhibit A.)

2.      Pursuant to 28 U.S.C. §1331, original jurisdiction exists in this Court.  The Complaint makes the following allegations, which are quoted below verbatim:

> 1.  Numerous offenses of which violated my rights protected
> under the Fair Credit Reporting Act Section 604(A)(3).

2.   Numerous misrepresentations about themselves which violated my rights protected under the Fair Debt Collection Practices Act.

3.   Numerous offenses of which violated my rights protected under Section 809(b), 808, 805(b), 805(c), 806 and 807 of the Fair Debt Collection Practices Act.

4.   Numerous offenses of which violated my privacy that is protected under the Privacy Act of 1974.

(Small Claims Writ and Notice of Suit, Exhibit A.)  The Fair Credit Reporting Act is codified at 15 U.S.C. § 1681, *et seq*.  The Fair Debt Collection Practices Act is codified at 15 U.S.C. § 1692, *et seq*.  The Privacy Act is codified at 5 U.S.C. § 552a, *et seq*.

4.      No other process, pleadings or orders have been served upon WFNNB.  *See* 28 U.S.C. § 1446(a).  As required by § 1446(b), certified or attested copies of all records, proceedings, and docket entries in state court will be filed with this Court within thirty (30) days of this Notice of Removal.

8.      Pursuant to § 1446(d), WFNNB shall promptly give written notice hereof to all adverse parties and file a copy of this Notice of Removal with the Connecticut Superior Court, Centralized Small Claims Session, notifying that court of this removal.  A copy of the state court notice to be filed (without exhibits) is attached hereto as Exhibit B.

WHEREFORE, the Defendant, World Financial Network National Bank, hereby effects the removal of the cause and requests that this Court maintain jurisdiction over it as provided by law.

Respectfully submitted,

THE DEFENDANT,
WORLD FINANCIAL NETWORK NATIONAL BANK,

By its attorneys,


  */s/ David M. Bizar*
David M. Bizar (CT20444)
dbizar@seyfarth.com
eweibust@seyfarth.com
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4874
Facsimile: (617) 790-5368

## CERTIFICATE OF SERVICE

    I hereby certify in accordance with the Standing Order on Removed cases that on this 3rd day of January, 2011, a true copy of the foregoing was served by first class mail upon all parties of record, as follows:

    Sonia I. Alessi
    16 Knapp Street
    Easton, Connecticut 06612
    *Pro Se*


              /s/ David M. Bizar
              David M. Bizar