# **EXHIBIT A**

# Appendix V - Forms

| SMALL CLAIMS WRIT AND NOTICE OF SUIT<br>JD-CV-40 Rev. 12-07<br>C.G.S. §§ 51-15, 51-345(g)<br>Pr. Bk. § 24-1 et seq. | CONNECTICUT SUPERIOR COURT<br>SMALL CLAIMS SESSION<br>Type or print legibly. Complete original and provide a copy for each defendant. If downloading the form from the internet, include "Instructions to Defendant" for each defendant. File the original and copy(ies) for defendant(s) with the clerk along with the appropriate entry fee. Retain a copy for your records. See "Instructions to Plaintiff" on back/page. | SCC  | SCCSC100369574S <br>0369574 |

(1.) INFORMATION THAT WILL DETERMINE HEARING LOCATION | ANSWER DATE 

(2.) NAME ADDRESS AND ZIP CODE OF PLAINTIFF #1
PLTF #1
Sonia Alessi
16 Knapp Street
Easton, CT 06612
TELEPHONE NO. (w/area code): 646-285-4380
("X" ONE) ☒ INDIVIDUAL ☐ LLC ☐ PARTNERSHIP ☐ CORPORATION

NAME ADDRESS AND ZIP CODE OF PLAINTIFF #2
PLTF #2
CENTRAL ...
...

(3.) NAME, ADDRESS AND ZIP CODE OF ATTORNEY FOR PLAINTIFF(S) | JURIS NO. | TELEPHONE NO.

(4.) NAME ADDRESS AND ZIP CODE OF DEFENDANT #1
DEF #1
World Financial Network Nat'l Bank
4590 E. Broad St.
Columbus, OH 43213
TELEPHONE NO.: 800-675-5685
("X" ONE) ☐ INDIVIDUAL ☐ LLC ☐ PARTNERSHIP ☐ CORPORATION

NAME ADDRESS AND ZIP CODE OF DEFENDANT #2

(5.) NAME OF TOWN WHERE TRANSACTION/INJURY OCCURRED OR, IN HOUSING MATTERS, WHERE THE PREMISES ARE LOCATED: Easton, CT

AGENT FOR SERVICE (For Corporate Defendant)

(6.) IS THIS CLAIM BETWEEN A LANDLORD AND A TENANT? "X" box if yes: ☐

**YOU ARE BEING SUED. THE PLAINTIFF(S) CLAIMS YOU OWE** → (7.) AMOUNT CLAIMED $ 1.00 **PLUS COURT COSTS**

(8.) FOR THE FOLLOWING REASONS:

1. Numerous offenses of which violated my rights protected under the Fair Credit Reporting Act Section 604 (A)(3).
2. Numerous misrepresentations about themselves which violated my rights protected under the Fair Debt Collection Practices Act.
3. Numerous offenses of which violated my rights protected under Section 809 (b), 808, 805 (a)(1), 805 (b), 805 (c), 806 and 807 of the Fair Debt Collection Practices Act.
4. Numerous offenses of which violated my privacy that is protected under the Privacy Act of 1974.

I am seeking the total damages of $1 plus court fees in addition to the complete removal of all files being reported to Equifax, TransUnion and TRW by the plaintiff regarding my personal credit history and the status of my accounts the plaintiff acquired from or is handling on behalf of West Elm.

The undersigned, being duly sworn, deposes and says that the signer has read the claim and, to the best of the signer's knowledge, information and belief, there is good ground to support it.

(9.) SIGNED X /s/ Sonia Alessi
TYPE IN NAME AND TITLE OF PERSON SIGNING AT LEFT: Sonia I. Alessi

(10.) SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): 11/05/10
SIGNED (Clerk, Notary, Comm. of Sup. Ct.) X

(11.) The undersigned deposes and says: **MILITARY SERVICE AFFIDAVIT**
☐ that the defendant is in the military or naval service of the United States.
☐ that the undersigned is unable to determine whether or not the defendant(s) in this action are in the military or naval service of the United States.
☐ that no defendant in this action is in the military or naval service of the United States, and that, to the personal knowledge of the undersigned (state facts showing defendant is not in such service)

SIGNATURE AND TITLE X
SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) | SIGNED (Clerk, Notary, Comm. of Sup. Ct.) X

FOR COURT USE ONLY
A True Copy
Attest W. Fry
Connecticut State Marshal

DISTRIBUTION: ORIGINAL - Court   COPY 1 - Defendant   COPY 2 - Defendant   COPY 3 - Plaintiff   www.jud.ct.gov

WARREN D NICHOLS
Notary Public
Connecticut
My Commission Expires May 31, 2015

State of Connecticut
Post Date: 11/12/2010
Payfile: 1031669-1
Docket: SC100369574S
Receipt Nbr: 0690219
Amount: $75.00
Total: 001

32



JD-CV-40A1, Rev 3/2006

**State of Connecticut - Superior Court**
**Centralized Small Claims**
80 Washington Street
Hartford, CT. 06106-

Toll Free in Connecticut (866) 383-5927  Local Hartford Area (860) 756-7800
Fax: (860) 756-7805  www.jud.ct.gov

369574

**WORLD FINANCIAL NETWORK NATIONAL BANK**
**4590 E BROAD ST**
**COLUMBUS, OH 43213-**

Docket No. : SCC-369574
Venue: SCA22

ALESSI VS. WORLD FINANCIAL NETWORK NATIONAL BANK

**Answer**

**YOU MUST ANSWER THIS CLAIM BY:**
**January 07, 2011**
YOUR ANSWER MAY BE MAILED, FAXED OR HAND DELIVERED AND MUST BE RECEIVED ON OR BEFORE THE ANSWER DATE.

READ THE INSTRUCTIONS ON THE BACK OF THE WRIT AND NOTICE OF SUIT.
IF YOU HAVE QUESTIONS, CALL THE TELEPHONE NUMBER LISTED ABOVE.

IN RESPONSE TO THE ENCLOSED CLAIM FOR THIS AMOUNT  plus court costs, if any
THIS IS MY ANSWER:  (Check one box)

**$1.00**

☐ **I disagree with the claim because:**
(State below why you disagree. Be brief but specific. At trial you will be able to explain your defense and submit documentation.

☐ **I admit I owe the claim but desire more time to pay for the following reasons:**
(You may suggest a method of payment or a timetable for and amount of deferred payments.)
DO NOT SEND PAYMENT(S) TO THE COURT. ALL PAYMENTS ARE TO BE MADE DIRECTLY TO THE FOLLOWING:
SONIA ALESSI, 16 KNAPP STREET   EASTON                           , CT 06612-, (646)285-4380

☐ My counterclaim is: (Check box and see instructions if you claim the plaintiff owes you money.)

Signed                                Print Name and Title of Person Signing        Date Signed

Address (No., Street, Town, Zip Code)          Telephone No.                         Juris No.
                                              (          )

1. YOU DO NOT HAVE TO COME TO COURT ON THE ABOVE DATE EXCEPT TO SUBMIT A WRITTEN ANSWER IF YOU HAVE NOT DONE SO BY THAT DATE. It is not the date of trial. If you have filed an answer contesting the claim the clerk will schedule a date for the trial and will send you a written notice of the date and time to come to court.

2. Failure to file an answer by the answer date may result in a default judgment against you. If the plaintiff(s) win the case and you fail to pay the judgment, the plaintiff(s) may try to collect the money owed by getting permission from the court to have money taken out of your wages, financial accounts or other property.

# INSTRUCTIONS TO DEFENDANT

*For additional information obtain a copy of THE SMALL CLAIMS PROCESS (form JDP-CV-45) from the Clerk's Office or visit our website at www.jud.ct.gov/faq/smallclaims.html.*

### WHAT DO I HAVE TO DO TO DEFEND THIS CASE?
The first and most important step you must take is to file an answer on or BEFORE THE ANSWER DATE. The answer is your statement or reply to the claim stated on this notice. Your reply should be brief but specific. You do not need an attorney even if the plaintiff has one. However, you can have an attorney if you want to hire one. If you want the benefit of the regular rules or if you want the right to appeal this case, you must file a motion to transfer the case to the regular civil or housing docket. You may need an attorney to assist you and you will have to pay additional fees when you file the motion transfer the case. The motion to transfer MUST be filed, in writing, with an affidavit and fees, ON OR BEFORE THE ANSWER DATE.

### WHAT SHOULD I DO IF THE PLAINTIFF OWES ME MONEY?
If you claim the plaintiff owes you money, this is a counterclaim. Briefly state how much the plaintiff owes you and why.

### WHAT IF I KNOW I OWE THE PLAINTIFF SOME MONEY?
Even if you think you owe the plaintiff something, but you disagree with the amount claimed or you are not sure how much you owe the plaintiff, you should file a written answer. This gives you a chance to come to court for a hearing to question how the plaintiff arrived at the amount claimed.

### WHAT SHOULD I DO IF I ADMIT THAT I OWE THE PLAINTIFF THE ENTIRE AMOUNT CLAIMED?
If you pay the plaintiff/plaintiff's attorney the total amount owed PLUS COURT COSTS, if any, before the answer date, not the court, on the answer form, that payment has been made. Do not send payment(s) to the court.

If you are sure that you owe the entire amount claimed but you want time to pay, you must file an answer NOT LATER THAN THE ANSWER DATE, stating that you wish time to pay the debt and your reasons for requesting additional time. You may also want to propose a payment schedule.

### WHAT HAPPENS WHEN I FILE AN ANSWER?
YOU DO NOT HAVE TO GO TO COURT ON THE ANSWER DATE but you must make sure the Small Claims Clerk receives your written answer by that date. After the court receives your answer, a hearing will be scheduled if required.

### WHAT HAPPENS IF I DO NOT FILE AN ANSWER?
If you do not file an answer, the court may enter judgment against you by default for the full amount of the claim plus court costs. This is called a default judgment.

### WHERE AND WHEN DO I HAVE TO GO TO COURT?
If a hearing is required, you will receive a notice of the date, time and court location of the hearing.
Even if you filed an answer or a request for time to pay, the court can enter a judgment against you if you fail to come to court on the date and time set for the hearing.

### WHAT MUST I BRING TO COURT?
On the day of the hearing, it is essential that you bring all your witnesses and evidence, (bills, invoices, checks, etc.) to court with you. This includes any defective or damaged goods that can safely and conveniently be brought to court, estimates of damages, pictures, etc.

JD-CV-40, Defendant Rev. 12-07

Winthrop "Bill" Fry
State Marshal
PO Box 765
Monroe, CT 06468

Return Service Requested

CERTIFIED MAIL

7009 2250 0002 9163 1799

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
MONROE, CT 06468
DEC 01 '10
AMOUNT
$5.54
00097172-22

1000    43213

SECRETARY OF CORPORATION
WORLD FINANCIAL NETWORK NATIONAL
BANK,
4590 EAST BROAD ST
COLUMBUS, OH, 43213

43213891301  C0031