# **EXHIBIT B**

| | |
|---|---|
| DOCKET NO.: SCC-369574 ) | SUPERIOR COURT |
| ) | |
| SONIA I. ALESSI ) | SMALL CLAIMS SESSION |
| ) | AT CENTRALIZED, VENUE SCA22 |
|          Plaintiff, ) | |
| v. ) | |
| ) | |
| WORLD FINANCIAL NETWORK ) | |
| NATIONAL BANK, ) | |
| ) | |
|          Defendant. ) | January 3, 2011 |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that this case, which was previously pending in the Superior Court, Small Claims Session at Centralized, Venue SCA22, has been removed to the United States District Court for the District of Connecticut by the defendant, World Financial Network National Bank, pursuant to Title 28 U.S.C. §§ 1331, 1441 and 1446. A copy of the Notice of Removal, filed with the United States District Court for the District of Connecticut is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Respectfully submitted,

THE DEFENDANT,
WORLD FINANCIAL NETWORK NATIONAL BANK,

By its attorneys,

---

David M. Bizar
dbizar@seyfarth.com
eweibust@seyfarth.com
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4874
Facsimile: (617) 790-5368

Dated: January 3, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2011, a true copy of the foregoing was served by first class mail upon all parties of record, as follows:

Sonia I. Alessi
16 Knapp Street
Easton, Connecticut 06612

---

David M. Bizar

2