UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONIA I. ALESSI,<br><br>                              Plaintiff,<br><br>v.<br><br>WORLD FINANCIAL NETWORK<br>NATIONAL BANK,<br><br>                              Defendant. | Civil Action No. 3:11-cv-2<br><br>(Connecticut Superior Court,<br> Centralized Small Claims Session,<br> No. SCC-369574, Venue SCA22)<br><br><br>January 3, 2011 |

## NOTICE OF PENDING MOTIONS

Pursuant to the Standing Order on Removed Cases, the defendant, World Financial Network National Bank ("WFNNB"), hereby specifies that there are no pending motions that require action by a Judge of this Court.

          Respectfully submitted,

          WORLD FINANCIAL NETWORK NATIONAL BANK,

          By its attorneys,

           */s/ David M. Bizar*
          David M. Bizar (CT20444)
          dbizar@seyfarth.com
          eweibust@seyfarth.com
          Seyfarth Shaw, LLP
          World Trade Center East
          Two Seaport Lane, Suite 300
          Boston, MA 02210
          Telephone: (617) 946-4874
          Facsimile: (617) 790-5368

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of January, 2011, a true copy of the foregoing was served by first class mail upon all parties of record, as follows:

    Sonia I. Alessi
    16 Knapp Street
    Easton, Connecticut 06612

                                                       /s/ David M. Bizar
                                                        David M. Bizar