UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONIA I. ALESSI,<br><br>                        Plaintiff,<br><br>    v.<br><br>WORLD FINANCIAL NETWORK<br>NATIONAL BANK,<br><br>                        Defendant. | Civil Action No. 3:11-cv-2<br><br>(Connecticut Superior Court,<br> Centralized Small Claims Session,<br> No. SCC-369574, Venue SCA22)<br><br><br>January 3, 2011 |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT WORLD FINANCIAL NETWORK NATIONAL BANK**

The defendant, World Financial Network National Bank ("WFNNB") files its Corporate Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, as follows:

WFNNB is a National Bank federally chartered with the Office of the Comptroller of Currency and with its home office in Wilmington, Delaware.  At the time that the Complaint was filed, WFNNB was a wholly owned subsidiary of Alliance Data Systems Corporation ("ADSC"), a Delaware corporation with a principal place of business in Plano, Texas.  As of December 31, 2010, there exists an intermediate holding company, Alliance Data Retail Services, LLC, a Delaware Limited Liability Company, between WFNNB and ADSC.  ADSC is a publicly held company registered on the New York Stock Exchange under the trading symbol ADS.

Respectfully submitted,

THE DEFENDANT,
WORLD FINANCIAL NETWORK NATIONAL BANK,

By its attorneys,


 /s/ David M. Bizar
David M. Bizar (CT20444)
dbizar@seyfarth.com
eweibust@seyfarth.com
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4874
Facsimile: (617) 790-5368

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2011, a true copy of the foregoing was served by first class mail upon all parties of record, as follows:

Sonia I. Alessi
16 Knapp Street
Easton, Connecticut 06612
*Pro Se*

 /s/ David M. Bizar
David M. Bizar