UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONIA I. ALESSI,<br><br>             Plaintiff/Counter-Defendant,<br><br>v.<br><br>WORLD FINANCIAL NETWORK NATIONAL BANK,<br><br>             Defendant/Counter-Plaintiff. | Civil Action No. 3:11-cv-2<br><br><br>April 4, 2011 |

**WORLD FINANCIAL NETWORK NATIONAL BANK'S COUNTERCLAIM**

Defendant World Financial Network National Bank ("WFNNB") hereby states and alleges in support of its Counterclaim as follows:

**The Parties**

1.      Plaintiff/Counter-Defendant Sonia I. Alessi, formerly known as Sonia I. Serrano ("Mrs. Alessi"), is an individual residing at 16 Knapp Street, Easton, Connecticut 08612.

2.      Defendant/Counter-Plaintiff World Financial Network National Bank ("WFNNB") is a National Bank federally chartered with the Office of the Comptroller of Currency, with its principal place of business in Wilmington, Delaware.

**Jurisdiction**

3.      Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over these Counterclaims, because they form part of the same case or controversy as Plaintiff's Complaint.

**Factual Allegations**

4.      On or about April 22, 2009, Mrs. Alessi applied for and was approved for a West

Elm credit card account (the "Account") issued by WFNNB and thereby entered into a Credit

Card Agreement with WFNNB, a copy of which is attached at <u>Exhibit A</u>.

5.      The Credit Card Agreement states, among other things:  "You must pay us at least

the Minimum Payment Due for each Billing Period by the Payment Due Date shown on your

Statement."  (Exhibit A, ¶11).

6.      The Credit Card Agreement also states:  "You understand that we may report

negative information about your account to the credit bureaus.  Late payments, missed payments,

or other defaults on your account may be reflected in your credit report … You hereby authorize

us to furnish information concerning your Account to credit bureaus and other creditors, as well

as to the retailer whose name appears on your card."  (Exhibit A, ¶24).

7.      The Credit Card Agreement further states:  **"ATTORNEY FEES AND**

**COLLECTION COSTS.**  If you do not comply with your obligations under this Agreement,

you agree to pay the reasonable attorneys' fees and court costs we incur in order to collect your

Account or protect our rights."  (Exhibit A, ¶17).

8.      On or about April 22, 2009, Mrs. Alessi purchased items from West Elm with the

credit card subject to the Credit Card Agreement, thereby incurring a debt to WFNNB.

9.      Mrs. Alessi's purchase was placed on a promotional plan under which no

payments were required for one year and no finance charges would be assessed if the purchase

was paid in full by April 22, 2010.

10.     WFNNB delivered monthly billing statements to Mrs. Alessi in connection with the debt, which documented the charges.  Copies of the monthly billing statements are attached at Exhibit B.

11.     Starting in April 2009, the monthly statements indicated that Mrs. Alessi owed WFNNB a principal balance of $1,633.89.  (Exhibit B, pp. 1-2.)

12.     The April 2009 through March 2010 statements state:  "If we receive your balance of $1,633.89 before 4/22/10 you will avoid finance charges . . . ." (Exhibit B, pp. 1-24.)

13.     Starting with the April 2010 statement, the statements indicated a minimum payment due.  (Exhibit B, pp. 25-26.)

14.      Starting with the May 2010 statement, the statements displayed late fees, finance charges, and interest charged on Mrs. Alessi's outstanding balance.  (Exhibit B, pp. 27-33.)

15.     The Credit Card Agreement required that if Mrs. Alessi believed a monthly billing statement to contain an error, she was required to write to WFNNB as soon as possible and no later than 60 days after WFNNB sent her the first statement on which the error or problem appeared.

16.     Mrs. Alessi did not timely dispute the monthly billing statements in writing.

17.     Despite demand, Mrs. Alessi has failed or refused to pay the debt that was incurred in connection with the Credit Card Agreement.

18.     Mrs. Alessi is in default and has breached her obligations under the terms of the Credit Card Agreement.

19.     Pursuant to the Credit Card Agreement, Mrs. Alessi owes WFNNB the sum of $2,030.50 as of November 25, 2010, when the Account was charged off, and through April 4, 2011.

## Count I (Breach of Contract)

20.     WFNNB hereby incorporates by reference, as if set forth in full, paragraphs 1 through 19 of these Counterclaims.

21.     The Credit Card Agreement between Mrs. Alessi and WFNNB is a binding contract between the parties.

22.     WFNNB has performed under the Credit Card Agreement.

23.     Mrs. Alessi has breached the Credit Card Agreement by, among other things, refusing or failing to pay the amount due.

24.     As a result of Mrs. Alessi's breach, WFNNB has sustained damages.

## Count II (Account Stated)

25.     WFNNB hereby incorporates by reference, as if set forth in full, paragraphs 1 through 24 of these Counterclaims.

26.     In connection with the Credit Card Agreement and Mrs. Alessi's debt incurred pursuant thereto, WFNNB has delivered monthly billing statements to Mrs. Alessi which document the charges against the credit card account.

27.     The correctness of the amount owed WFNNB is established by Mrs. Alessi's failure to object within the period of time permitted by the Credit Card Agreement, and such period of time without objection is otherwise unreasonable and any attempt now to contest the amount owed would be untimely.

## Prayer for Relief

WHEREFORE, WFNBB respectfully requests the Court to award damages, as well as its

attorney's fees and collection costs.

>WORLD FINANCIAL NETWORK
>NATIONAL BANK
>
>By its attorneys,
>
>
>/s/ David M. Bizar
>
>David M. Bizar (CT20444)
>SEYFARTH SHAW LLP
>World Trade Center East
>Two Seaport Lane, Suite 200
>Boston, MA  02210
>Telephone:  (617) 946-4800
>dbizar@seyfarth.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2011, a true copy of the foregoing was served by first class mail upon all parties of record, as follows:

>Sonia I. Alessi
>16 Knapp Street
>Easton, Connecticut 06612
>*Pro Se*

>/s/ David M. Bizar
>David M. Bizar

5