UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SONIA I. ALESSI

      v.                                             3:11CV2(WWE)
WORLD FINANCIAL NETWORK
NATIONAL BANK

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant's motion to dismiss

The Court has reviewed all of the papers filed in conjunction with the motion and on September 6, 2011, a Ruling was entered granting the motion to dismiss and informing the plaintiff that an amended complaint was to be filed within thirty days of the Ruling's filing date. No amended complaint was filed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant World Financial Network National Bank against the plaintiff Sonia I. Alessi and the case is closed.

Dated at Bridgeport, Connecticut, this 27th day of February, 2012.

                                            ROBERTA D. TABORA, Clerk

                                            By       /s/
                                                Deborah A. Candee
                                                Deputy Clerk

Entered on Docket _____